# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DAMON WHEELER,             :    No. 67 WM 2023

            Petitioner       :

            v.               :

LAUREL HARRY, SECRETARY,    :
PENNSYLVANIA DEPARTMENT OF   :
CORRECTIONS,               :

            Respondent     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2024, the Application for Leave to File Original Process is GRANTED.  The "Petition for Writ of Mandamus" is DENIED to the extent it seeks an exercise of extraordinary or King's Bench jurisdiction and is DISMISSED to the extent it requests mandamus relief.